# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MATTHEW STEPHEN SANTORO § | |
| § | Civil Action No. 4:18-CV-660 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| COUNTY OF COLLIN, TEXAS, ET AL. § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 16, 2019, the report of the Magistrate Judge (Dkt. #99) was entered containing proposed findings of fact and recommendations that Defendants Collin County Constable Shane Williams, Tax Assessor-Collector Kenneth Maun and Collin County Judge Keith Self's First Amended Motion for Sanctions and to Declare Plaintiff a Vexatious Litigant (Dkt. #71) be denied.

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendants' First Amended Motion for Sanctions and to Declare Plaintiff a Vexatious Litigant (Dkt. #71) is hereby **DENIED**.

**IT IS SO ORDERED**.

SIGNED this 26th day of September, 2019.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE